No. 73–1080. HOLT ET AL. *v.* YONCE, CHAIRMAN, SOUTH CAROLINA PUBLIC SERVICE COMMISSION, ET AL. Affirmed on appeal from D. C. S. C. MR. JUSTICE DOUGLAS dissents from the summary affirmance. ▆▆▆▆